**Onorio ROSAS; Olga Rosas, Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–70675.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2008.*

Filed July 22, 2008.

Onorio Rosas, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Olga Rosas, pro se.

Edward J. Duffy, Ari Nazarov, Oil, U.S. Department of Justice Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioners' motion to reopen removal proceedings.

We review the BIA's denial of a motion to reopen for abuse of discretion. *See Rodriguez–Lariz v. INS,* 282 F.3d 1218, 1222 (9th Cir.2002).

The regulations provide that "a party may file only one motion to reopen," and that the motion "must be filed no later than 90 days after the date on which the final administrative decision was rendered in the proceeding sought to be reopened." *See* 8 C.F.R. § 1003.2(c)(2). The BIA did not abuse its discretion in denying petitioners' motion to reopen because it was filed on October 25, 2006, more than 90 days after the November 10, 2005 final administrative decision was rendered, and

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

petitioners had failed to demonstrate a basis for equitable tolling of the filing requirements.

Accordingly, respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

**PETITION FOR REVIEW DENIED.**